# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re **GREYSTONE PARTNERS LLC**
Debtor(s).

Bankruptcy Case No. *(If known)* : **08-33258-C-7**

*The following additional information is required when filing this form in an adversary proceeding.*

v.

Plaintiff(s),

Defendant(s).

Adversary Proceeding No. *(If known)* :

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

**GREYSTONE PARTNERS LLC**

*[Insert name of corporate debtor/party]*

**Check one:** ☒ DEBTOR ☐ PLAINTIFF ☐ DEFENDANT ☐ OTHER *(specify):* _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.*

☐ 1. The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

*(For additional names, attach an addendum to this form.)*

☒ 2. There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: 9/24/08

/s/ Mary P. Scanlon
Signature of Authorized Individual for Corporate Debtor/Party

**Mary P. Scanlon**
Printed Name of Authorized Individual for Corporate Debtor/Party

**Vice President**
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2007)