FILED
August 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002056083

Thomas A. Aceituno
Bankruptcy Trustee
PO Box 189
Folsom, CA  95763-0189
Telephone:  (916) 985-6486
Fax:            (916) 985-7373
Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re,

**GREYSTONE PARTNERS LLC**
Debtor

Case No.   08-33258-C-7

DCN:
DATE:
TIME:     9:30 AM
DEPT.:    C
Courtroom 35
Judge Christopher M. Klein

NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE OF
OBJECTION TO CLAIM NO. 2 OF LINDA ROBINSON
(14 day Notice per Local Rule 9014-1(f)(2))

THOMAS A. ACEITUNO has filed papers with the court to approve a compromise of an objection to Claim No. 2 of Linda Robinson by allowing her a priority wage claim in the amount of $5,800 and waiver of all other claims she has in the estate.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the compromise, or if you want the court to consider your views on the motion, *you or your attorney must present your opposition at the time of hearing on the motion.  If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.*

**You are not required to file a written response prior to the hearing.**  However, if you chose to file a written response in advance of the hearing, you may file the document with the court at the following address:

Clerk of the Court

US Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA  95814

You should also mail a copy to:

Thomas A. Aceituno, Bankruptcy Trustee
PO Box 189
Folsom, CA  95763-0189
(or serve by electronic transmission at: service@acetrustee.com)

and

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA  95814

If you wish to respond, you must attend the hearing scheduled to be held on September 22, 2009, at 9:30 AM in Courtroom 35, United States Bankruptcy Court, 501 I Street, Sacramento, CA  95814. You may appear by telephone.  In order to appear by telephone, you must contact Court Conference at (866) 582-6878 at least 24 hours prior to the hearing.  There is a fee charged by Court Conference for telephone appearances.  Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

DATE:  August 30, 2009         /s/ Thomas A. Aceituno
                               Bankruptcy Trustee